1

2

3

4

5

6

7

8                           IN THE UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   **RONNELL DAVIS,**                     Case No. 2:19-cv-01976-JAM-JDP (PC)

12                              Plaintiff,   ~~**[PROPOSED]**~~ **ORDER**

13            **v.**

14   **M. FELDER, et al.,**

15

16                            Defendants.

17

18        On February 8, 2021, Defendants Harris and Hunter moved to modify the scheduling order

19   and extend time for filing dispositive motions.  ECF No. 26.  Good cause having been shown, the

20   request is granted.  Defendants have until March 1, 2021 to file a motion for summary judgment.

21   IT IS SO ORDERED.

22

23   Dated:    February 8, 2021             _____

24                                          JEREMY D. PETERSON
                                            UNITED STATES MAGISTRATE JUDGE

25

26

27

28