IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONNELL DAVIS,**<br><br>Plaintiff,<br><br>v.<br><br>**M. FELDER, et al.,**<br><br>Defendants. | Case No. 2:19-cv-01976-JAM-JDP (PC)<br><br>[PROPOSED] ORDER |

On March 1, 2021, Defendants Harris and Hunter moved to modify the scheduling order to extend the deadline for filing dispositive motions. Good cause having been shown, the request is granted. The parties are granted until March 15, 2021 to file dispositive motions.

IT IS SO ORDERED.

Dated:   March 1, 2021                                  _____
                                                                                    JEREMY D. PETERSON
                                                                                    UNITED STATES MAGISTRATE JUDGE