UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNELL DAVIS,<br><br>        Plaintiff,<br><br>    v.<br><br>B. HARRIS, *et al.*,<br><br>        Defendants. | Case No. 2:19-cv-01976-JAM-JDP (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO SET A SETTLEMENT CONFERENCE AND GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME<br><br>ECF Nos. 31, 32 |

On March 22, 2021, defendants filed a motion for summary judgment. ECF No. 30. One week later, plaintiff filed a motion requesting that a settlement conference be set in this case. ECF No. 31. Defendants have filed a response to plaintiff's motion to set a settlement conference in which they state that they currently are not amenable to participating in a settlement conference. ECF No. 34.

In light of the pending motion for summary judgment and defendants' opposition to plaintiff's motion, a settlement conference would likely be unproductive and an unwise use of scarce judicial resources at this time. Accordingly, plaintiff's motion to set a settlement conference, ECF No. 31, is denied. Should defendants' motion for summary judgment be denied, plaintiff may renew his request to set a settlement conference.

Plaintiff has also filed a motion for an extension of time to respond to defendants' motion for summary judgment. ECF No. 32. Good cause appearing, plaintiff's motion will be granted.

Accordingly, it is hereby ORDERED that:

1. Plaintiff's motion to set a settlement conference, ECF No. 31, is denied.

2. Plaintiff's motion for an extension of time, ECF No. 32, is granted.

3. Plaintiff is granted thirty days from the date of this order in which to file an opposition or statement of non-opposition to defendants' motion for summary judgment.

IT IS SO ORDERED.

Dated: April 26, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE