1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RONNELL DAVIS,                              No. 2:19-cv-01976-JAM-JDP (PC)

12                 Plaintiff,

13          v.                                   ORDER GRANTING PLAINTIFF'S SECOND
                                                 MOTION FOR EXTENSION OF TIME
14   B. HARRIS, et al.,
                                                 ECF No. 36
15                 Defendants.

16

17          Plaintiff filed a second motion for extension of time to respond to defendants' motion for

18   summary judgment.  For good cause shown:

19          1.  plaintiff's motion for an extension of time, ECF No. 36, is granted;

20          2.  plaintiff has thirty days from the date of entry of this order in which to file a response;

21   and

22          3.  no further extensions will be granted absent extraordinary circumstances.

23

24   IT IS SO ORDERED.

25
     Dated:    June 2, 2021                       _____
26                                                JEREMY D. PETERSON
27                                                UNITED STATES MAGISTRATE JUDGE

28