UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

RONNELL DAVIS,

        Plaintiff,

vs.

B. HARRIS, *et al.*,

        Defendants.

Case No. 2:19-cv-1976 JAM JDP (PC)

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Ronnell Davis, inmate V-72307, a necessary and material witness in proceedings in this case on May 12, 2022, is confined in Kern Valley State Prison, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Jeremy D. Peterson, to appear by zoom video-conferencing at Kern Valley State Prison, May 12, 2022, at 10:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by zoom video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

3. The clerk of court shall serve a copy of this writ by fax on the Kern Valley State Prison litigation office at 661-720-4949.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:** The Warden, Kern Valley State Prison, P.O. Box 6000, Delano, CA, 93216-6000:

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by zoom video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: April 15, 2022

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE