UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNELL DAVIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>B. HARRIS, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:19-cv-01976-DJC-JDP (PC)<br><br>**ORDER**<br><br>VACATING THE TRIAL DATES AND SETTING THIS MATTER FOR A STATUS CONFERENCE |

　　　　Plaintiff is a state prisoner proceeding pro se in an action brought under 42 U.S.C. § 1983. After the court resolved all dispositive motions, this matter was set for trial before the Honorable Daniel J. Calabretta. ECF No. 65. Shortly after the trial date was set, plaintiff filed a motion seeking a 180-day extension of time, stating that he needed to be in San Diego for a hearing related to his state criminal case. ECF No. 67. Defendants did not oppose this request, and the court issued an amended scheduling order that set the trial for May 2024. ECF No. 69. Plaintiff has filed another motion seeking to extend trial deadlines because he is still awaiting resolution of his criminal matter in San Diego. ECF No. 70. In the interest of advancing this case, the court has determined that it would be beneficial to vacate the current trial dates and to hold a status conference.

　　　　Accordingly, it is hereby ORDERED that:

　　　　1. The dates set in the further scheduling order at ECF No. 69 are vacated.

1

2.  The parties are ordered to appear via Zoom on February 8, 2024, at 10:00 a.m., for a status conference before the Honorable Jeremy D. Peterson.

IT IS SO ORDERED.

Dated:   January 4, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2