1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RONNELL DAVIS,                              Case No.  2:19-cv-01976-DJC-JDP (PC)

12                    Plaintiff,                 **ORDER**

13          v.                                   VACATING THE STATUS CONFERENCE
                                                 AND DIRECTING PLAINTIFF TO FILE AN
14   B. HARRIS, *et al.*,                        UPDATED ADDRESS

15                    Defendants.                RESPONSE DUE WITHIN FOURTEEN
                                                 DAYS
16

17

18          Plaintiff is a state prisoner proceeding pro se in an action brought under 42 U.S.C. § 1983.

19   After the court resolved all dispositive motions, this matter was set for trial before the Honorable

20   Daniel J. Calabretta.  ECF No. 65.  Since then, plaintiff has sought two lengthy extensions of

21   time.  ECF Nos. 67 & 70.  In the interest of advancing this case, the court determined that it

22   would be beneficial to vacate the trial dates and hold a status conference, set for February 8,

23   2024.  ECF No. 71.

24          However, the court is compelled to vacate the status conference as plaintiff's address

25   appears to be invalid.  The court is aware of three ostensibly accurate addresses for plaintiff: the

26   address plaintiff provided to the court, Kern Valley State Prison, 3000 West Cecil Avenue,

27   Delano CA 932116; the address plaintiff listed in most recent filing, "G.B.D.F -M/OBS 102 #1

28

                                                    1

451 Riverview Pkwy Bldg 'C' Santee, CA 92071," ECF No. 72; and plaintiff's address according to the California Incarcerated Records and Information Search, California Institution of Men, 14901 Central Avenue, Chino, CA 91710, *see* California Incarcerated Records and Information Search, https://apps.cdcr.ca.gov/ciris/details?cdcrNumber=V72307 (last visited February 6, 2024).  Because the court cannot accurately locate plaintiff to setup the video conference for the hearing, the February 8, 2024 hearing is vacated and plaintiff is ordered to file an updated address with the court within fourteen days.

Accordingly, it is hereby ORDERED that:

1.  The February 8, 2024 status conference is vacated.

2.  Plaintiff is ordered to file an updated address with the court within fourteen days.

IT IS SO ORDERED.

Dated:    February 6, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2