UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNELL DAVIS, | Case No. 2:19-cv-01976-DJC-JDP (PC) |
| Plaintiff, | **ORDER** |
| v. | SETTING THIS MATTER FOR A STATUS CONFERENCE |
| B. HARRIS, *et al.*, | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se in an action brought under 42 U.S.C. § 1983. After the court resolved all dispositive motions, this matter was set for trial before the Honorable Daniel J. Calabretta. ECF No. 65. Since then, plaintiff has sought to extend trial deadlines twice because of a pending criminal matter in San Diego. ECF Nos. 67 & 70. In the interest of advancing this case, the court has determined that it would be beneficial to hold a status conference.

Accordingly, it is hereby ORDERED that the parties are ordered to appear via Zoom on May 9, 2024, at 10:00 a.m., for a status conference before the Honorable Jeremy D. Peterson.

1

IT IS SO ORDERED.

Dated: March 12, 2024
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE