**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

RONNELL DAVIS

       Plaintiff,

    v.

B. HARRIS, *et al*.,

       Defendants.

Case No.  2:19-cv-01976-DJC-JDP (PC)

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Ronnell Davis, #23730722, a necessary and material witness in proceedings in this case on May 9, 2024, is confined in George Bailey Detention Facility, in the custody of the Sheriff. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Jeremy D. Peterson, to appear by Zoom video conference from his place of confinement, on May 9, 2024, at 10:00 a.m.

    Accordingly, IT IS ORDERED that:

    1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the custodian to produce the inmate named above, by Zoom video conference, to participate in court proceedings at the time and place above, until completion or as ordered by the court. Zoom video conference connection information will be supplied via separate email;

    2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ;

    3.  The Clerk of the Court is directed to serve a copy of this order via fax on the George Bailey Detention Center at (619) 661-2611; and

    4.  Any difficulties connecting to the Zoom video conference shall immediately be reported to Nicholas Cannarozzi, Courtroom Deputy, at ncannarozzi@caed.uscourts.gov.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:  The Sheriff at George Bailey Detention Facility, 446 Alta Road #5300, San Diego, CA 92158**

**WE COMMAND** you to produce the inmate named above to testify at the time and place above, by Zoom video conference, until completion of the proceedings or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.


Dated: ___May 2, 2024___                                  _____
                                                                                    JEREMY D. PETERSON
                                                                                    UNITED STATES MAGISTRATE JUDGE