UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNELL DAVIS, | Case No. 2:19-cv-01976-DJC-JDP (PC) |
| Plaintiff, | **ORDER** |
| v. | SETTING THIS MATTER FOR A STATUS CONFERENCE |
| B. HARRIS, *et al.*, | |
| Defendants. | |

This matter was before the court for a status conference on May 9, 2024. Plaintiff proceeded pro se, and Lawrence Bragg appeared on behalf of defendants. For the reasons stated on the record, it is hereby ORDERED that:

1. The parties are to appear via Zoom on August 15, 2024, at 10:00 a.m., for a status conference before the Honorable Jeremy D. Peterson.
2. Plaintiff shall file a notice of his address every thirty days, or as soon as he is transferred locations.
3. The parties are directed to complete and file the Consent to Assignment or Request for Reassignment form within seven days of the date of this order.
4. The Clerk of Court is directed to send both parties the Consent to Assignment or Request for Reassignment form.

1

IT IS SO ORDERED.

Dated:   May 13, 2024  

/s/ Jeremy Peterson
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2