# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

RONNELL DAVIS,

    Plaintiff,

v.                        Case No. 2:19-cv-1976-DJC-JDP (P)

B. HARRIS, et al.,

    Defendants.        **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Ronnell Davis, inmate no. V-72307, a necessary and material witness in proceedings in this case on January 30, 2025, is confined in Kern Valley State Prison, in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Daniel J. Calabretta, to appear by Zoom video conference from their place of confinement, on January 30, 2025, at 1:30 p.m.

    Accordingly, IT IS ORDERED that:

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the custodian to produce the inmate named above, by Zoom video conference, to participate in court proceedings at the time and place above, until completion or as ordered by the court. Zoom video conference connection information will be supplied via separate email;

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ;

    3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at Kern Valley State Prison at (661) 720-4949 or via email; and

    4. Any difficulties connecting to the Zoom video conference shall immediately be reported to Gabriel Michel, Courtroom Deputy, at gmichel@caed.uscourts.gov.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of Kern Valley State Prison, P.O. Box 3130, Delano, California 93216-6000:**

**WE COMMAND** you to produce the inmate named above to testify at the time and place above, by Zoom video conference, until completion of the proceedings or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: January 21, 2025

                                        THE HONORABLE DANIEL J. CALABRETTA
                                        UNITED STATES DISTRICT JUDGE