UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNELL DAVIS,<br><br>    Plaintiff,<br><br>    v.<br><br>B. HARRIS, et al.,<br><br>    Defendants. | No. 2:19-cv-01976-DJC-JDP<br><br>**ORDER** |

The Court is in receipt of witness George Hamilton's Motion to Vacate (ECF No. 133) the February 4, 2025, Order and Writ of Habeas Corpus Ad Testificandum directing his appearance to testify in this case (ECF No. 102).  That Order was vacated on February 28, 2025 (ECF No. 126) and a new, functionally equivalent Order and Writ of Habeas Corpus Ad Testificandum was issued on March 3, 2025 (ECF No. 130).  The Court will therefore interpret Hamilton's Motion as applying to the March 3, 2025, Order and Writ of Habeas Corpus Ad Testificandum.

Hamilton's request for a court order preserving records of previous service of documents is DENIED.  Hamilton's request for counsel is DENIED, as he is not a named party to this litigation.  The named parties in this case are ORDERED to

////

////

1

respond to the remainder of Hamilton's Motion within 7 days of receipt of this Order.

IT IS SO ORDERED.

Dated: __**April 2, 2025**__

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

DJC5 –davis19cv01976.mtv