# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNELL DAVIS,<br><br>    Plaintiff,<br><br>     v.<br><br>HARRIS, ET AL.,<br><br>    Defendants. | Case No.:  2:19-cv-01976-DJC-JDP<br><br>**ORDER** |

In light of witness George Hamilton's Motion to Vacate (ECF No. 133) stating that he did not agree to be a witness in this case, Plaintiff's failure to respond to the Court's Order (ECF No. 134) or the Motion to Vacate, and finding that Defendants have identified good cause that Hamilton is not an appropriate witness (ECF No. 135), the Writ of Habeas Corpus Ad Testificandum for George Hamilton (ECF No. 130) is hereby withdrawn.

Dated:  May 12, 2025

_____
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

1